UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60903-CIV-ZLOCH

PATRICK W. BYRNE,

    Plaintiff,

vs.                      **FINAL ORDER OF DISMISSAL**

PROFESSIONAL DEBT MEDIATION,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 22), filed herein by Plaintiff, Patrick W. Byrne, and Defendant, Professional Debt Mediation, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation For Dismissal With Prejudice (DE 22) filed herein by the Plaintiff, Patrick W. Byrne, and Defendant, Professional Debt Mediation, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    28th    day of December, 2011.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record